EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

DEBORAH M. GOLDEN, *Pro Hac Vice Forthcoming*
GOLDEN LAW
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
Telephone: (202) 630-0332
Email: dgolden@debgoldenlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **3:26-cv-01701-LJC** |
| vs. | ) |
| | ) **ORDER GRANTING** |
| UNITED STATES OF AMERICA; PATRICK | ) **MOTION UNDER A TO** |
| POOLE, in his individual capacity; ISAAC | ) **PROCEED PSEUDONYM** |
| VENEGAS, in his individual capacity; | ) |
| DARRELL SMITH, in his individual capacity; | ) |
| RAY GARCIA, in his individual capacity. | ) |
| | ) |
| Defendants. | ) |

*M.C. v. United States of America, et al.*
Order Granting Motion to Proceed Under a Pseudonym - 1

GOOD CAUSE APPEARING, Plaintiff is permitted to proceed in this matter using only her initials, M.C.

IT IS SO ORDERED.

Dated: February 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE